UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY J. BATTLE, | ) | 1:07-cv-01243-AWI-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 6) |
| v. | ) | |
| | ) | **ORDER DISMISSING ACTION** |
| C. COOPER, | ) | |
| | ) | |
|     Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On October 25, 2007, the Magistrate Judge filed Findings and Recommendations that this action be DISMISSED for Petitioner's failure to comply with the court's order of August 31, 2007.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

//

/

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 25, 2007, are ADOPTED IN FULL; and,

2. This action is DISMISSED for Petitioner's failure to comply with the court's order of August 31, 2007.

IT IS SO ORDERED.

**Dated:    January 3, 2008**           /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE